opinion. Judgment affirmed, with costs. Order granting additional allowance reversed, without costs. See, also, 137 App. Div. 422, 121 N. Y. Supp. 802; 135 N. Y. Supp. 1124.

FOOTE, J., not sitting.

LYFORD, Respondent, v. WINTERS, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Frederick E. Lyford against Byram L. Winters. No opinion. Order affirmed, with $10 costs and disbursements.

LYNCH, Respondent, v. ALEXANDER SMITH & SONS CARPET CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by Catherine Lynch against the Alexander Smith & Sons Carpet Company. No opinion. Judgment and order unanimously affirmed, with costs.

MABON, Appellant, v. HOPKINS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by John S. Mabon, as receiver, against George B. Hopkins and another. C. F. Brown, for appellant. J. Holmes, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re McALEESE, City Judge. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) In the matter of the application for the removal from office of Bernard J. McAleese, City Judge of the City of Lackawanna.

PER CURIAM. Matter referred to William H. Cuddeback, Esq., an attorney residing at Buffalo, N. Y., to take proofs upon the issues raised by the petition and answer and return the same to this court, together with his opinion thereon. See, also, infra.

In re McALEESE, City Judge. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) In the matter of the application for the removal from office of Bernard J. McAleese, City Judge of the City of Lackawanna. No opinion. The referee heretofore appointed declining to act, the matter is referred to Hon. Daniel J. Kenefick, of Buffalo. See, also, supra.

McCADDON et al., Appellants, v. NEW YORK TAXICAB CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Joseph T. McCaddon and others, as executors, etc., against the New York Taxicab Company, impleaded with others. W. P. Maloney, for appellants. E. D. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McCANN et al., Respondents, v. SULLIVAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by John McCann and another, as executors, etc., against James Sullivan, impleaded with others. No opinion. Motion granted, without costs. See, also, 134 N. Y. Supp. 1138; 135 N. Y. Supp. infra.

McCANN et al., Respondents, v. SULLIVAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by John McCann and another, as executors, etc., against James Sullivan, impleaded with others.

PER CURIAM. Order modified, so as to provide that the taxable costs and disbursements of the various guardians ad litem shall be payable out of the estate. Any application to be made by the defendants other than the infants must be made separately. See, also, infra.

McCANN et al., Respondents, v. SULLIVAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by John McCann and others, as executors, etc., against James Sullivan, impleaded with others. No opinion. Motions denied, without costs. See, also, 134 N. Y. Supp. 1138; supra.

McCARGO v. JERGENS. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Peyton R. McCargo against Andrew Jergens. No opinion. Motion granted. Order filed. See, also, 133 N. Y. Supp. 956.

McCAULEY v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Marie D. McCauley against the Interborough Rapid Transit Company. No opinion. Application denied, with $10 costs. Order signed.

McCLOSKEY v. LYMAN et al. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Julia McCloskey against Alexander S. Lyman and others. No opinion. Motion denied, without costs.

McELROY v. GOLDSTEIN. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Robert L. McElroy against Albert A. Goldstein. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

McGOWAN v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Daniel McGowan against the Inter-